UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCOS URENA AND NELSON SANG<br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC. and<br>BRIAN JOHNSON<br>            Defendants. | 05   10242 MEL<br>Civil Action No. _____<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT HOME DEPOT U.S.A, INC.** |

Defendant HOME DEPOT U.S.A, INC. ("Home Depot"), pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, submits the following corporate disclosure statement:

1. The ultimate parent company of Home Depot U.S.A., Inc. is The Home Depot, Inc., a publicly owned corporation. The Home Depot, Inc. owns the company that owns Home Depot, U.S.A., Inc.

Respectfully submitted,

HOME DEPOT, U.S.A., INC.

By its attorneys

*/s/ Joseph P. McConnell*
Robert P. Joy (BBO No. 254820)
Joseph P. McConnell (BBO No. 566412)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts  02109-2605
(617) 523-6666

Dated: February 7, 2005

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for plaintiffs, James W. Donchess, Esq., 60 Main Street, Nashua, N.H. 03060, by first-class U.S. mail this 4th 7th day of February 2005.

*Joseph P. McConnell*
Joseph P. McConnell