UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARCOS URENA and NELSON SANG,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**HOME DEPOT U.S.A., INC., and BRIAN JOHNSON,**<br><br>**Defendants.** | **Civil Action No. 05-10242 MEL** |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

The parties believe that discovery should be conducted in fact and expert phases. The parties have agreed to and propose the following pre-trial schedule:

1. Fact discovery will be completed by August 25, 2005.

2. Plaintiff's expert disclosure will be completed by July 25, 2005.

3. Defendant's expert disclosure will be completed by August 15, 2005.

4. All expert depositions will be completed by October 1, 2005

5. All dispositive motions will be filed by November 15, 2005.

6. Pretrial Conference will be held on or before January 2006.

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 16.1(D)(3), the parties will submit separately executed certification affirming that it and its counsel have conferred regarding the costs of litigation and alternatives to litigation and have conferred regarding alternative dispute resolution.

## SETTLEMENT DEMAND

Pursuant to Local Rule 16.1(c), the parties state that Plaintiff has not served a written settlement proposal upon the Defendant's counsel.  The Defendant's counsel will confer with Defendant on the subject of settlement before the Scheduling Conference and will be prepared to respond to Plaintiff's settlement proposal, if any, at the Scheduling Conference.

## TRIAL BY MAGISTRATE

Neither party consents to trial by Magistrate.

| | |
|---|---|
| MAROS URENA & NELSON SANG | HOME DEPOT, U.S.A., INC., |
| By Their Attorneys, | By Its Attorneys, |
| DONCHESS & NOTINGER | MORGAN, BROWN & JOY, LLP |
| 60 Main Street | 200 State Street |
| Nashua, New Hampshire 03060 | Boston, Massachusetts  02109 |
| (603) 886-7266 | (617) 523-6666 |
| __/s/ James W. Donchess_____ | _/s/ Joseph P. McConnell_____ |
| James W. Donchess (BBO No. 129280) | Robert P. Joy, Jr. (BBO No. 254820) |
| | Joseph P. McConnell (BBO No. 566412) |

Date: March 17, 2005