UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARCOS URENA and NELSON SANG,

Plaintiffs,

v.

HOME DEPOT U.S.A., INC., and BRIAN JOHNSON,

Defendants.

Civil Action No. 05-10242 MEL

## DEFENDANT'S
## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to United States District Court for the District of Massachusetts Local Rule 16.1(D)(3), Home Depot U.S.A., Inc. (hereinafter "Defendant") and its counsel, hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation. In addition, Defendant and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs.

Respectfully submitted,

HOME DEPOT U.S.A., INC.
2455 Paces Ferry Road, N.W.
Atlanta, GA 30339-4024

_____
Derek Bottoms, Esq.
Director - Legal, Employment and Labor Law

And by its attorneys,

MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts 02109
(617) 523-6666

_____
Robert P. Joy, Jr. (BBO No. 254820)
Joseph P. McConnell (BBO No. 566412)

Date: March 24, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for plaintiffs, James W. Donchess, Esq., 60 Main Street, Nashua, N.H. 03060, by first-class U.S. mail this ____ day of March 2005.

_____