**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
******************************
MARCOS URENA              *
     and                  *
NELSON SANG               *
                          *
Plaintiffs                *          CIVIL ACTION NO. 05-10242 MEL
                          *
v.                        *
                          *
HOME DEPOT USA, INC.      *
     and                  *
BRIAN JOHNSON             *
                          *
     Defendants           *
                          *
******************************
```

## JOINT MOTION
## TO EXTEND DISCOVERY AND SUMMARY JUDGMENT DEADLINES

Plaintiffs Marcos Urena and Nelson Sang and Defendants Home Depot USA, Inc. and

Brian Johnson move that the discovery and summary judgment deadlines in this case be

extended by thirty (30) days so that the deadlines would be as follows:

1. Fact discovery to be complete by September 25, 2005.

2. Plaintiff's expert disclosure will be completed by August 25, 2005.

3. Defendant's expert disclosure will be completed by September 15, 2005.

4. All expert depositions will be completed by October 1, 2005.

5. All dispositive motions will be filed by December 15, 2005.

6. Pretrial conference will be held on or before February, 2006.

The parties state the following in support of this motion:

1. The parties have actively engaged in good faith discovery in this case, have

exchanged written discovery, and continue to engage in good faith discovery.

2.      Scheduling has been difficult, because of the schedules of counsel and because

Plaintiff Nelson Sang resides in Florida.

3.      The deposition of Plaintiff Nelson Sang has been taken, but other depositions

need to be completed.

Wherefore, the parties request that the Court extend the deadlines to the new dates set

forth above.

|  | Respectfully submitted, |
|---|---|
| MARCOS URENA | HOME DEPOT USA, INC. |
| NELSON SANG | BRIAN JOHNSON |
| By Their attorneys, | By Their attorneys |
| | |
| /s/ James W. Donchess | /s/ Joseph McConnell |
| James W. Donchess, BBO #129280 | Joseph McConnell, BBO #254820 |
| Donchess & Notinger, PC | Morgan, Brown & Joy, LLP |
| 402 Amherst Street, Suite 204 | 200 State Street |
| Nashua, NH 03063 | Boston, MA 02109 |
| (603) 886-7266 | (617)523-6666 |
| | |
| Dated: 07/21/05 | Dated: 07/21/05 |