UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARCOS URENA and NELSON SANG,**<br><br>         **Plaintiffs,**<br><br>    v.<br><br>**HOME DEPOT U.S.A., INC., and BRIAN JOHNSON,**<br><br>         **Defendants.** | **Civil Action No. 05-10242 MEL** |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Based upon the supporting memorandum of law and statement of undisputed material facts, Defendants Home Depot U.S.A., Inc, and Brian Johnson hereby moves pursuant to Rule 56 of the Federal Rules of Civil Procedure for entry of summary judgment in this matter, dismissing plaintiff's complaint. The grounds for this motion, as fully stated in the supporting memorandum, are that the pleadings, depositions and other relevant papers on file show that there is no genuine issue as to any material fact and that Acushnet is entitled to judgment as a matter of law.

Defendant requests a hearing on the motion for summary judgment.

Respectfully submitted,

Home Depot U.S.A., Inc, and Brian Johnson

By Its Attorney,

MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts  02109
(617) 523-6666

Dated: December 15, 2005 _____/s/ Jospeh P. McConnell_____
Joseph P.McConnell (B.B.O.# 566412)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon counsel for plaintiffs, James W. Donchess, Esq., 60 Main Street, Nashua, N.H.  03060, by first-class U.S. mail this 15th day of December, 2005.

_/s/ Joseph P. McConnell_____
Joseph P. McConnell