UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCOS URENA and NELSON SANG,<br><br>**Plaintiffs,**<br><br>v.<br><br>HOME DEPOT U.S.A., INC., and BRIAN JOHNSON,<br><br>**Defendants.** | Civil Action No. 05-10242 MEL |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to the above-captioned action hereby stipulate and agree that the above-captioned action be dismissed, with prejudice, with each party bearing its own costs and attorneys' fees.

1

| | |
|---|---|
| MARCOS URENA & NELSON SANG | HOME DEPOT, U.S.A., INC., |
| By Their Attorneys, | By Its Attorneys, |
| DONCHESS & NOTINGER | MORGAN, BROWN & JOY, LLP |
| 60 Main Street | 200 State Street |
| Nashua, New Hampshire 03060 | Boston, Massachusetts 02109 |
| (603) 886-7266 | (617) 523-6666 |
| /s/ James W. Donchess | Joseph P. McConnell |
| James W. Donchess (BBO No. 129280) | Robert P. Joy, Jr. (BBO No. 254820) |
| | Joseph P. McConnell (BBO No. 566412) |

Date:   February 23, 2006